**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMERY SLAYDEN, ) | |
| ) | |
| Petitioner, ) | 2:06-cv-0664-PMP-RJJ |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| E.K. MCDANIEL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

Before the Court is Petitioner's Motion to Withdraw Exhibits Pursuant to Local Rule 79-1 (Doc. #23). Petitioner seeks to withdraw all exhibits filed in this action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Local Rule 79-1 provides that exhibits may be withdrawn by the party which submitted them once the time for appeal or motion for a new trial has expired. LR 79-1 (c) and (d).

A review of the docket in this matter does not reveal any exhibits which were submitted by Petitioner. All exhibits on file in the matter were submitted by respondents in support of their motion to dismiss. *See* (Doc.'s #16-20).

**IT IS THEREFORE ORDERED** that Petitioner's Motion (Doc. #23) is **DENIED**.

DATED: August 31, 2011.

_____
PHILIP M. PRO
United States District Judge