1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

7  EMERY SLAYDEN,                    )
                                     )
8            Petitioner,             )      2:06-cv-0664-PMP-RJJ
                                     )
9  vs.                               )      **ORDER**
                                     )
10 E.K. MCDANIEL, *et al.,*          )
                                     )
11           Respondents.            )
   _____ /

12

13           Before the Court is respondents' Motion for Enlargement of Time to file a response

14 to the Court's Order of October 20, 2011 (ECF No. 28).  Good cause appearing, the Motion is

15 **GRANTED**.  Respondents shall have up to and including **December 21, 2011**, within which to file

16 their response.

17           **IT IS SO ORDERED**.

18

19 DATED:  November 22, 2011.

20

21           _____
                                     PHILIP M. PRO
22                                   United States District Judge

23
24
25
26