# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EMERY SLAYDEN,

       Petitioner,                    2:06-cv-0664-PMP-RJJ

vs.                                       **ORDER**

E.K. MCDANIEL, *et al.,*

       Respondents.

        Before the Court is respondents' Motion for Enlargement of Time to file a response to the Court's Order of October 20, 2011 (ECF No. 28). Good cause appearing, the Motion is **GRANTED**. Respondents shall have up to and including **December 21, 2011**, within which to file their response.

        **IT IS SO ORDERED**.

DATED: November 22, 2011.

_____
PHILIP M. PRO
United States District Judge